# MEMORANDUM DECISIONS.

ADAMS EXP. CO. v. MORROW. (Circuit Court of Appeals, Sixth Circuit. January 14, 1901.) No. 926. In Error to the Circuit Court of the United States for the Southern District of Ohio. Maxwell & Ramsey, for plaintiff in error. R. S. Woodruff and Morey, Andrews & Morey, for defendant in error. Dismissed on motion of plaintiff in error.

ÆTNA PETROLEUM CO. v. CRIPPS et al. (Circuit Court of Appeals, Ninth Circuit. January 7, 1901.) No. 678. Appeal from the Circuit Court of the United States for the Southern District of California. Charles P. Eells, for appellant. Appeal dismissed upon motion of Charles P. Eells.

ÆTNA PETROLEUM CO. v. CRIPPS et al. (Circuit Court of Appeals, Ninth Circuit. January 7, 1901. No. 679. Appeal from the Circuit Court of the United States for the Southern District of California. Charles P. Eells, for appellant. Appeal dismissed upon motion of Charles P. Eells.

ALLEN B. WRISLEY CO. v. IOWA SOAP CO. et al. (Circuit Court of Appeals, Eighth Circuit. November 30, 1900.) No. 1,505. Appeal from the Circuit Court of the United States for the Southern District of Iowa. Taylor E. Brown and C. Clarence Poole, for appellant. Blake & Blake, for appellees. Appeal dismissed, with costs, per stipulation. See 104 Fed. 548.

BARBEE WIRE & IRON WORKS v. SMITH et al. (Circuit Court of Appeals, Sixth Circuit. November 17, 1900.) No. 851. Appeal from the Circuit Court of the United States for the Eastern District of Michigan. Poole & Brown, for appellant. James Whittemore, for appellees. No opinion. Affirmed.

BOARD OF COM'RS OF WICHITA COUNTY v. CROSBY et al. (Circuit Court of Appeals, Eighth Circuit. December 4, 1900.) No. 1,376. In Error to the Circuit Court of the United States for the District of Kansas. S. S. Ashbaugh, B. P. Waggener, Albert H. Horton, and J. S. Caldwell, for plaintiff in error. W. H. Rossington, Charles Blood Smith, and Clifford Histed, for defendants in error. No opinion. Affirmed, with costs.

BOARD OF EDUCATION OF CITY OF PIERRE v. YALE NAT. BANK OF NEW HAVEN. (Circuit Court of Appeals, Eighth Circuit. January 25, 1901.) No. 1,477. In Error to the Circuit Court of the United States for the District of South Dakota. Ivan W. Goodner and John A. Holmes, for plaintiff in error. H. R. Horner and R. W. Stewart, for defendant in error. No opinion. Affirmed, with costs.